```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 07 B 09946
    RALPH A WEINHANDL
    JOAN L WEINHANDL                                CHAPTER 13

                                                    JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-4740     SSN XXX-XX-5467

-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/03/07 .

    2.  The case was converted to Chapter 7 without confirmation, 06/22/2007.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
-----------------------------------------------------------------------------
WELLS FARGO HOME MTGE    CURRENT MORTG             .00            .00             .00
WELLS FARGO HOME MTGE    MORTGAGE ARRE  NOT FILED                 .00             .00
HFC                      SECURED                   .00            .00             .00
HFC                      MORTGAGE ARRE  NOT FILED                 .00             .00
FORD MOTOR CREDIT CO     SECURED VEHIC             .00            .00             .00
FORD MOTOR CREDIT CO     SECURED VEHIC             .00            .00             .00
ALEXIAN BROTHERS BEHAVIO UNSECURED      NOT FILED                 .00             .00
BARRINGTON ORTHOPEDIC    UNSECURED      NOT FILED                 .00             .00
CAPITAL ONE BANK         UNSECURED      NOT FILED                 .00             .00
GEMB/JCP                 UNSECURED      NOT FILED                 .00             .00
JP MORGAN CHASE BANK     UNSECURED      NOT FILED                 .00             .00
CITIZENS BANK            UNSECURED      NOT FILED                 .00             .00
DANADA SQUARE DENTAL CTR UNSECURED      NOT FILED                 .00             .00
FIRST PREMIER BANK       UNSECURED      NOT FILED                 .00             .00
GEMB                     UNSECURED      NOT FILED                 .00             .00
HSBC                     UNSECURED      NOT FILED                 .00             .00
HSBC                     UNSECURED      NOT FILED                 .00             .00
ROBERT F BRANDYS DDS MDS UNSECURED      NOT FILED                 .00             .00
SHORT TERMS LOANS        UNSECURED      NOT FILED                 .00             .00
SOCIAL SECURITY ADM      UNSECURED      NOT FILED                 .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID

         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00          .00
PRINCIPAL PAID          .00          .00          .00          .00          .00
INTEREST PAID           .00          .00          .00          .00          .00
TOTAL PAID              .00          .00          .00          .00          .00
The Debtor's attorney, JOSEPH P DOYLE              , was allowed $         .00
and was paid $       .00 .
```

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/26/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE